# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOM PALLADINO,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>        Defendant. | 8:20CV179<br><br>ORDER |

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on April 15, 2021. In accordance with the settlement agreement read into the record,

**IT IS ORDERED:**

1. On or before **May 17, 2021**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 15th day of April, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge